UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CAROL CREEK                                                                                      PLAINTIFF

v.                                      No. 2:18-CV-02045

E-Z MART STORES, INC.                                                                   DEFENDANT

## **JUDGMENT**

Following the unanimous jury verdict (Doc. 42) returned for Defendant, IT IS HEREBY ADJUDGED that Carol Creek's claims against E-Z Mart Stores, Inc. are DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 24th day of April, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE